JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAG HEUER, S.A.,

              Plaintiff,

-against-

MARTINIQUE GALLERIES, INC.,
JACK TOBIAS, JOSEPH TOBIAS
and ALAN TOBIAS

              Defendants.
------------------------------------------------------------x

**08 CV 0322**

Civil Action No.

RULE 7.1 STATEMENT

JAN 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Tag Heuer, S.A., certifies that its ultimate corporate parent company, LVMH S.A., is publicly held, and that no other publicly held entity owns 10% or more of Tag Heuer, S.A.'s stock.

Dated:    New York, New York
             January 14, 2008

                                        FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                                        By: _____
                                            John P. Margiotta (JM-7356)
                                            Michael Chiappetta (MC 7644)
                                        866 United Nations Plaza
                                        New York, New York 10017
                                        (212) 813-5900

                                        Attorneys for Plaintiff

{F0207099.1 }