UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TAG HEUER, S.A.,

                            Plaintiff,           Civil Action No. 08 CV 0322 (BSJ)

    -against-

                                                   AFFIDAVIT OF SERVICE

MARTINIQUE GALLERIES, INC.,
JACK TOBIAS, JOSEPH TOBIAS
and ALAN TOBIAS

                          Defendants.
-------------------------------------------------------------x

STATE OF NEW YORK  )
                             ss:
COUNTY OF NEW YORK)

        MARIO F. ORTIZ, being duly sworn, deposes and says:

        1. I am over 18 years of age and am not a party to this action. I reside in the Bronx, New York.

        2. On Wednesday, January 16, 2008, at approximately 11:15 a.m., I arrived at Martinique Galleries, Inc., 750 Seventh Avenue, New York, NY 10019, to serve a true and correct copy of the following:

        A. Summons and Complaint with attached Exhibit A,

        B. Individual Practices of Hon. Barbara S. Jones,

        C. USDC/SDNY Instructions for Filing an Electronic Case or Appeal,

        D. USDC/SDNY Procedures for Electronic Case Filing,

        E. USDC/SDNY Guidelines for Electronic Case Filing,

(the "Documents").

3. At the premises, a white male, approximately 50 years of age, 5'7", 150 pounds, with grayish hair and glasses, identified himself as Josh Jackson, manager of Martinique Galleries, Inc. Mr. Jackson accepted service of the Documents on behalf of Martinique Galleries, Inc. He wrote his name on a piece of paper, attached hereto as Exhibit A.

_____
Mario F. Ortiz

Sworn to before me on this
24th day of January 2008

_____
Notary JUDITH D. BARON
Notary Public, State of New York
No. 01BA6067118
Qualified in Kings County
Commission Expires December 3, 20 09

# Exhibit A

JOSH
JACKSON

Case 1:08-cv-00322-BSJ-MHD    Document 3-2    Filed 01/24/2008    Page 2 of 2