UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2/5/08

| | |
|---|---|
| TAG HEUER, S.A.,<br><br>                              Plaintiff,<br><br>-against-<br><br>MARTINIQUE GALLERIES, INC., JACK TOBIAS,<br>JOSEPH TOBIAS and ALAN TOBIAS<br><br>                              Defendants. | Case No. 08 CIV 00322<br>(Jones, J.) (Dolinger, M.J.)<br><br><br>STIPULATION<br>EXTENDING TIME TO<br>ANSWER |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the below-named attorneys of record for all the parties to the above referenced action, as follows:

The defendants' time to answer, move or otherwise respond to the Complaint is hereby extended to February 19, 2008.

Dated: New York, New York
February 7, 2008

_____
John P. Margiotta, Esq. (JM 7356)
FROSS ZELNICK LERMAN & ZISSU, P.C.
*Attorneys for Plaintiff*
866 United Nations Plaza
New York, New York 10017

_____
Jeffrey S. Dweck, Esq. (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
*Attorney for Defendants*
100 West 33rd Street - Suite 1017
New York, New York 10001

_____   2/7/08
So Ordered:

Fax to Chambers: 212-805-7928