UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAG HEUER, S.A.,

          Plaintiff,

-against-

MARTINIQUE GALLERIES, INC., JACK TOBIAS, JOSEPH TOBIAS and ALAN TOBIAS

          Defendants.

Case No. 08 CIV 00322
(Jones, J.) (Dolinger, M.J.)

STIPULATION EXTENDING TIME TO ANSWER

2/25/08

IT IS HEREBY STIPULATED AND AGREED, by and between the below-named attorneys of record for all the parties to the above referenced action, as follows:

The defendants' time to answer, move or otherwise respond to the Complaint is hereby extended to March 11, 2008.

Dated: New York, New York
February 25, 2008

_____
John P. Margiotta, Esq. (JM 7356)
FROSS ZELNICK LERMAN & ZISSU, P.C.
*Attorneys for Plaintiff*
866 United Nations Plaza
New York, New York 10017

_____
Jeffrey S. Dweck, Esq. (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
*Attorney for Defendants*
100 West 33rd Street - Suite 1017
New York, New York 10001

So Ordered: 2/26/[~]

Fax to Chambers: 212-805-7928