UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAG HEUER, S.A.,

                      Plaintiff,

-against-

MARTINIQUE GALLERIES, INC., JACK TOBIAS,
JOSEPH TOBIAS and ALAN TOBIAS

                      Defendants.

Case No. 08 CIV 00322
(Jones, J.) (Dolinger, M.J.)

STIPULATION
EXTENDING TIME TO
ANSWER

RECEIVED MAR 10 2008

IT IS HEREBY STIPULATED AND AGREED, by and between the below-named attorneys of record for all the parties to the above referenced action, as follows:

The defendants' time to answer, move or otherwise respond to the Complaint is hereby extended to April 1, 2008.

Dated: New York, New York
       March 7, 2008

_____
John P. Margiotta, Esq. (JM 7356)
FROSS ZELNICK LERMAN & ZISSU, P.C.
*Attorneys for Plaintiff*
866 United Nations Plaza
New York, New York 10017

_____
Jeffrey S. Dweck, Esq. (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
*Attorney for Defendants*
100 West 33rd Street - Suite 1017
New York, New York 10001

_____ 3/10/08
So Ordered:

Fax to Chambers: 212-805-7928