UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
TAG HEUER, S.A.,                                         :
                                                         :
                              Plaintiff,                 :   Civil Action No. 08 CIV 00322
                                                         :   (Jones, J.); (Dolinger, M.J.)
         -against-                                       :
                                                         :
                                                         :   **STIPULATION OF DISMISSAL**
MARTINIQUE GALLERIES, INC.,                              :
JACK TOBIAS, JOSEPH TOBIAS                               :
and ALAN TOBIAS                                          :
                              Defendants.                :
----------------------------------------------------------x

The Parties to this matter, having resolved all claims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.


THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street, Suite 1017
New York, New York 10001

Attorneys for Defendants

By: _____
       Jeffrey S. Dweck (JD 6658)

Dated: New York, New York
       May __, 2008


FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Plaintiff

By: _____
       John P. Margiotta (JM 7356)

Dated: New York, New York
       May 22, 2008


**SO ORDERED:**

_____
June 2, 2008
{F0293366.}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08